IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR ROSS, *et al.*, <br><br> Defendants. | Civil Action No.: 1:19-cv-02526 |

DECLARATION OF EMILY JEFFERS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Emily Jeffers, hereby declare as follows:

1. My full name is Emily Suzanne Jeffers.

2. My name, office address, and telephone number are as follows:

   Emily Jeffers
   Center for Biological Diversity
   1212 Broadway, Suite 800
   Oakland, California 94612
   Tel: 510-844-7109

3. I have been admitted to the following bars and courts:

   California State Bar (Bar No. 274222)
   Supreme Court of California
   Ninth Circuit Court of Appeals
   U.S. District Court for the Northern District of California
   U.S. District Court for the Central District of California

4. I certify that I have not been disciplined by any bar and am currently in good

standing with all states, courts, and bars in which I am admitted.

5.  I have been not been admitted *pro hac vice* in this Court within the last two years. My last admission to this court *pro hac vice* was on June 30, 2017, in case number 1:17-cv-01270-ABJ.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, this 21st day of August, 2019.

> Respectfully submitted,
>
> */s/ Emily Jeffers*
> Emily Jeffers
> Center for Biological Diversity
> 1212 Broadway, Ste. 800
> Oakland, CA 94612
> Tel: 510-844-7109
> Email: ejeffers@biologicaldiversity.org