JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of the United States Department of Commerce et al.,<br><br>Defendants. | Case No. 1:19-cv-02526-CJN<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF SETTLEMENT AGREEMENT** |

Defendants, the National Marine Fisheries Service ("NMFS"), Wilbur Ross, in his official capacity as Secretary of the United States Department of Commerce, and Chris Oliver, in his official capacity as Assistant Administrator of the National Oceanic and Atmospheric

Administration ("NOAA"), and Plaintiff, Center for Biological Diversity, (collectively, "Parties") respectfully request that the Court approve this modification of the Parties' Stipulated Settlement Agreement, ECF No. 12, to extend the deadline for NMFS to submit proposed critical habitat determinations until October 6, 2020. In support of this motion, the Parties state as follows:

1. On February 27, 2020, the Parties filed a Stipulated Settlement Agreement, ECF No. 12, in which NMFS agreed to submit to the Federal Register for publication by July 31, 2020, proposed determinations concerning the critical habitat for 12 listed species of coral found in U.S. waters. In exchange, Plaintiff agreed to dismiss its claims with prejudice. The Agreement also provided that Defendant pay Plaintiff $4,600.00 in attorneys' fees and costs.

2. In the event that interagency review of any proposed rules exceeded ninety days, the Agreement provided that the July 31, 2020 deadline be extended by thirty days. Alternatively, the Agreement also provided for modification by the Court upon good cause shown, by written stipulation between the parties filed with and approved by the Court, or upon written motion filed by one of the Parties and granted by the Court.

3. NMFS provided the proposed critical habitat determinations to the White House Office of Information and Regulatory Affairs ("OIRA") for interagency review on June 8, 2020.

4. Under Executive Order 12866, OIRA is allowed ninety days to review the proposed determinations. The review process may be further extended by no more than 30 days at the request of the agency. Accordingly, in order to accommodate OIRA's review process, the Parties now seek a modification of the Stipulated Settlement Agreement extending the deadline for NMFS to submit proposed critical habitat determinations for 12 listed species of coral until October 6, 2020.

NOW THEREFORE, the Parties respectfully request that this Court enter an order as follows:

On or before October 6, 2020, NMFS shall submit to the Federal Register for publication proposed determinations concerning the designation of critical habitat for 12 listed species of coral found in U.S. waters: *Dendrogyra cylindrus*, *Orbicella annularis*, *Orbicella faveolata*, *Orbicella frankski*, *Mycetophyllia ferox*, *Acropora globiceps*, *Acropora jacquelineae*, *Acropora retusa*, *Acropora speciose*, *Euphyllia paradivisa*, *Isopora crateriformis*, and *Seriatopora aculeate*. If NMFS determines to propose critical habitat, NMFS shall submit for publication in the Federal Register a proposed critical habitat rule (or rules) on that same date;

All other operative terms and conditions of the Parties' Stipulated Settlement Agreement remain intact.

Respectfully submitted July 29, 2020:

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX,
Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER,
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

*/s/ Emily Jeffers*
EMILY JEFFERS (appearing *pro hac vice*)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7109
Email: ejeffers@biologicaldiversity.org

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Davis A. Backer*
DAVIS A. BACKER